# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

In re:

Karen Leontine Pasley

Debtor(s)

Case No. 17-50809-PJS

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

David Wm. Ruskin, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/27/2017.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 02/02/2018.

6) Number of months from filing to last payment: 6.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $42,700.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $4,460.60 |
| Less amount refunded to debtor | $680.60 |
| **NET RECEIPTS:** | **$3,780.00** |

## Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,922.60 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $321.30 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,243.90** |
| Attorney fees paid and disclosed by debtor: | $100.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACSO OF MICHIGAN | Unsecured | 500.00 | 683.33 | 683.33 | 0.00 | 0.00 |
| ADAC COLLECTIONS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AT & T SERVICES INC. | Unsecured | 188.00 | NA | NA | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC ASSIGNI | Unsecured | 779.00 | 779.89 | 779.89 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC ASSIGNI | Unsecured | 716.00 | 716.76 | 716.76 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC ASSIGNI | Unsecured | 587.00 | 587.60 | 587.60 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC ASSIGNI | Unsecured | 480.00 | 480.12 | 480.12 | 0.00 | 0.00 |
| CAINE & WEINER | Unsecured | 395.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| CITY OF DETROIT | Priority | 600.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP | Secured | 8,564.00 | 8,203.66 | 8,203.66 | 536.10 | 0.00 |
| CREDIT MANAGEMENT | Unsecured | 371.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV LLC BY AMERICAN INFO | Unsecured | 685.00 | 685.76 | 685.76 | 0.00 | 0.00 |
| DTE ENERGY | Unsecured | 2,692.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FANNIE MAE | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FEDERAL NATIONAL MORTGAGE | Secured | NA | 1,098.41 | 1,098.41 | 0.00 | 0.00 |
| FEDERAL NATIONAL MORTGAGE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GEORGETOWN COMMONS OF DEAI | Secured | 7,000.00 | 7,188.48 | 7,188.48 | 0.00 | 0.00 |
| GEORGETOWN COMMONS OF DEAI | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GREAT LAKES EDUCATIONAL LOA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 5,239.31 | 5,013.01 | 5,013.01 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 0.00 | 6,561.28 | 6,561.28 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 657.55 | 657.55 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 606.32 | 606.32 | 0.00 | 0.00 |
| MICHIGAN DEPT OF TREASURY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MICHIGAN DEPT OF TREASURY TA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MICHIGAN UNEMPLOYMENT INSU | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT AGENT I | Unsecured | NA | 435.46 | 435.46 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| NATHAN & RHONDA NIXON | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS LLC ON BEH | Unsecured | 6,649.00 | 6,589.43 | 6,589.43 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATI | Unsecured | 634.00 | 633.80 | 633.80 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATI | Unsecured | 421.00 | 420.87 | 420.87 | 0.00 | 0.00 |
| PREMIER BANKCARD LLC | Unsecured | 396.00 | 396.74 | 396.74 | 0.00 | 0.00 |
| PROG LEASING | Unsecured | 1,000.00 | 867.13 | 867.13 | 0.00 | 0.00 |
| PROGRESSIVE LEASING | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| STATE OF MICHIGAN CD | Priority | 500.00 | 3,639.68 | 3,639.68 | 0.00 | 0.00 |
| STATE OF MICHIGAN CD | Unsecured | 0.00 | 637.35 | 637.35 | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| U S DEPARTMENT OF EDUCATION | Unsecured | 155,070.00 | 155,374.07 | 155,374.07 | 0.00 | 0.00 |
| US ATTORNEY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US ATTORNEY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| USCB CORPORATION | Unsecured | 882.00 | NA | NA | 0.00 | 0.00 |
| WAYNE COUNTY TREASURER | Secured | 4,391.51 | 1,171.17 | 1,171.17 | 0.00 | 0.00 |
| WAYNE COUNTY TREASURER | Secured | 1,553.77 | 4,397.53 | 4,397.53 | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $8,286.89 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $8,203.66 | $536.10 | $0.00 |
| All Other Secured | $5,568.70 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$22,059.25** | **$536.10** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $8,652.69 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$8,652.69** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$177,113.46** | **$0.00** | **$0.00** |

## Disbursements:

| | |
|---|---:|
| Expenses of Administration | $3,243.90 |
| Disbursements to Creditors | $536.10 |
| **TOTAL DISBURSEMENTS**: | **$3,780.00** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/24/2018

By: /s/ David Wm. Ruskin
Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**